UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF FOSS OFFSHORE WIND HOLDINGS, LLC, AS ALLEGED BAREBOAT CHARTERER, AND FOSS MARITIME COMPANY, LLC, AS ALLEGED SUB-BAREBOAT CHARTERER, OF THE VESSEL REBEKAH, OFFICIAL NUMBER 623866, AND HER ENGINES, MACHINERY, GEAR, TACKLE, APPAREL AND ALL OTHER APPURTENANCES, PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CASE NO. 24-cv-00237<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

This matter comes before the Court on Plaintiffs' Motion For Order Approving Issuance of Monition to Claimants And Restraining Prosecution of Claims and Stipulated Motion to Consolidate. Dkt. Nos. 2, 8. Under LCR 7(b)(1), all motions must be accompanied by a proposed order. Parties are bound the District's Electronic Filing Procedures, LCR 10(e)(8), which require the moving party to email

**MINUTE** ORDER - 1

a copy of the proposed order as a Word or Word-compatible file to the assigned judge.

Plaintiffs have not provided the Court copies of their proposed orders for their pending motions as separate Word files. The Court directs Plaintiffs to submit the proposed orders as a Word or Word-compatible file by e-mail to WhiteheadOrders@wawd.uscourts.gov.

Dated this 26th day of April, 2024.

<u>Ravi Subramanian</u>
Clerk
<u>/s/Kathleen Albert</u>
Deputy Clerk

**MINUTE** ORDER - 2