UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF FOSS OFFSHORE WIND HOLDINGS, LLC, AS ALLEGED BAREBOAT CHARTERER, AND FOSS MARITIME COMPANY, LLC, AS ALLEGED SUB-BAREBOAT CHARTERER, OF THE VESSEL REBEKAH, OFFICIAL NUMBER 623866, AND HER ENGINES, MACHINERY, GEAR, TACKLE, APPAREL AND ALL OTHER APPURTENANCES, PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | IN ADMIRALTY<br><br>NO. 2:24-CV-00237-JNW<br><br>**ORDER** |

CONSIDERING THE Stipulated Motion to Consolidate and the Stipulation to Consolidate;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Motion is GRANTED;

The limitation action *In the Matter of the Complaint of Foss Offshore Wind Holdings, LLC, as Alleged Bareboat Charterer, and Foss Maritime Company, LLC, as Alleged Sub-*

ORDER - 1
NO.: 2:24-CV-00237-JNW

**LISKOW & LEWIS**
**Raymond T. Waid**
**Elizabeth A. Strunk**
**Elizabeth B. McIntosh**
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
(504) 556-4042 Telephone
rwaid@liskow.com

bareboat Charterer, of the Vessel Rebekah, Official Number 623866, and her engines, machinery, gear, tack, apparel and all other appurtenances, Petitioning for Exoneration from and/or Limitation of Liability*, Civil Action No. 2:24-cv-00237 is hereby consolidated with the limitation action bearing the caption *In the Matter of the Complaint of Tradewinds Towing, LLC, as Alleged Operator, and Magazine Tug, LLC, as Owner, of the Vessel Rebekah, Official Number 623866, and her engines, machinery, gear, tack, apparel and all other appurtenances, Petitioning for Exoneration From and/or Limitation of Liability*, Civil Action No. 2:24-cv-00246. Both proceedings are now consolidated under Civil Action No. 2:24-cv-00237.

Seattle, Washington, this the 6th day of May, 2024.

_____
Jamal N. Whitehead
United States District Judge

ORDER - 2
NO.: 2:24-CV-00237-JNW

**LISKOW & LEWIS**
**Raymond T. Waid**
**Elizabeth A. Strunk**
**Elizabeth B. McIntosh**
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
(504) 556-4042 Telephone
rwaid@liskow.com