UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF FOSS OFFSHORE WIND HOLDINGS, LLC, AS ALLEGED BAREBOAT CHARTERER, AND FOSS MARITIME COMPANY, LLC, AS ALLEGED SUB-BAREBOAT CHARTERER OF THE VESSEL REBEKAH, OFFICIAL NUMBER 623866, AND HER ENGINES, MACHINERY, GEAR, TACKLE, APPAREL AND ALL OTHER APPURTENANCES, PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | IN ADMIRALTY<br><br>NO. 2:24-CV-00237-JNW<br><br>**TRADEWINDS TOWING, LLC AND MAGAZINE TUG, LLC'S RESPONSE IN OPPOSITION TO STEPHEN DUFRENE'S MOTION TO LIFT STAY** |

**NOW INTO COURT**, through undersigned counsel, comes Tradewinds Towing, LLC and Magazine Tug, LLC ("Limitation Petitioners"), who file this Response in Opposition to Stephen Dufrene's ("Dufrene") Motion to Lift Stay [Dkt. 35].

Dufrene asserted this Motion seeking to lift this Honorable Court's stay of his concurrent suit pending in King County, Washington. In furtherance of this Motion, Dufrene filed a Stipulation [Dkt. 34] that he will not seek to enforce a damages award greater than the value of the ship and its freight until the shipowner's right to limitation has been determined by this Court.

TRADEWINDS TOWING, LLC AND MAGAZINE TUG, LLC'S
RESPONSE IN OPPOSITION TO STEPHEN DUFRENE'S
EMERGENCY MOTION TO LIFT STAY - 1
CASE NO. 2:24-CV-00237-JNW

Bryan Cave Leighton Paisner LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

Dufrene's Motion is premised on the notion that because he is the single claimant to these proceedings, his stipulation allows the Court to lift the stay under *Odeco Oil and Gas Co., Drilling v. Bonnette*, 74 F.3d 671, 674 (5th Cir. 1996) (permitting the stay to be lifted when <u>all claimants</u> enter the necessary stipulation that the federal court has exclusive jurisdiction over the limitation and that the claimants will not seek to enforce a damage award greater than the vessel's declared value.) However, Dufrene is not the sole claimant.

Limitation Petitioners have asserted indemnity and contribution claims [Dkt. 19] against Foss Offshore Wind Holdings, LLC and Foss Maritime Company, LLC (collectively "Foss"). Foss has also asserted indemnity and contribution claims [Dkt. 18] against Limitation Petitioners. These crossclaims jeopardize the Limitation Petitioners' statutory right to limited liability, as parties seeking contribution and indemnity are "claimants" within the meaning of the Limitation Act. *See Odeco Oil and Gas*, 74 F.3d at 675 ("[P]arties seeking indemnification and contribution from a shipowner must be considered claimants within the meaning of the Limitation Act."); *see also In re Marquette Transp. Co. Gulf-Inland, LLC*, 13-5114, 2014 WL 5795200, at *1-2 (E.D. La. Oct. 22, 2014) (recognizing that a party "seeking indemnity and contribution" from a vessel owner was a "claimant" within the meaning of the Limitation Act); *In re Complaint of Port Arthur Towing Co. on Behalf of M/V Miss Carolyn*, 42 F.3d 312, 316 (5th Cir. 1995) (recognizing that "a 'claimant' in this context includes a codefendant who is asserting a cross claim for indemnification, costs, and attorneys' fees"); *In re ADM/Growmark River System, Inc.*, 234 F.3d 881, 886 (5th Cir. 2000) (recognizing that "parties seeking indemnification and contribution from a shipowner must be considered claimants within the meaning of the Limitation Act") (*citing Odeco Oil and Gas*, 74 F.3d at 675).

**TRADEWINDS TOWING, LLC AND MAGAZINE TUG, LLC'S RESPONSE IN OPPOSITION TO STEPHEN DUFRENE'S EMERGENCY MOTION TO LIFT STAY** - 2
CASE NO. 2:24-CV-00237-JNW

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

Dufrene is thus not the sole claimant to this action. The ability to lift the stay as established by *Odeco* is premised on all claimants to the action entering the necessary stipulation. Because Limitation Petitioners and Foss have not joined in the necessary stipulation, the stay cannot be lifted.

DATED: August 13, 2024.

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: *s/ Michelle Buhler*
Michelle Buhler, WSBA No. 16235
999 Third Avenue, Suite 4400
Seattle, WA 98104
(206) 623-1700 Telephone
michelle.buhler@bclplaw.com

*Counsel for Tradewinds Towing, LLC and Magazine Tug, LLC*

JONES WALKER, LLP

By: *s/ Alfred R. Rufty, III*
Alfred R. Rufty, III
Austin Glascoe
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170
(504) 582-8547
arufty@joneswalker.com
aglascoe@joneswalker.com

*Admitted Pro Hac Vice Counsel for Tradewinds Towing, LLC and Magazine Tug, LLC*

**TRADEWINDS TOWING, LLC AND MAGAZINE TUG, LLC'S RESPONSE IN OPPOSITION TO STEPHEN DUFRENE'S EMERGENCY MOTION TO LIFT STAY** - 3
CASE NO. 2:24-CV-00237-JNW

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700