UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re the M/V REBEKAH, Official No. 623866, and HER ENGINES, MACHINERY, GEAR, TACKLE, APPAREL, and APPURTENANCES | C24-0237 TSZ<br>(consolidated with C24-0246 JNW)<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  The motion for partial summary judgment, docket no. 47, brought by Foss Offshore Wind Holdings, LLC ("FOWH") and Foss Maritime Company, LLC ("Foss Maritime"), is DENIED.  FOWH and Foss Maritime (collectively, the "Foss Entities") have not demonstrated the requisite absence of any genuine dispute of material fact or entitlement to judgment as a matter of law.  *See* Fed. R. Civ. P. 56(a).  Whether, at the time Stephen Dufrene was injured, the bareboat charter agreement between Magazine Tug, LLC and FOWH was in effect and/or either of the Foss Entities had the requisite possession or control of the M/V REBEKAH involves questions of fact.

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of February, 2025.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1