UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re the M/V REBEKAH, Official No. 623866, and HER ENGINES, MACHINERY, GEAR, TACKLE, APPAREL, and APPURTENANCES | C24-0237 TSZ<br>(consolidated with C24-0246 JNW)<br><br>**AMENDED** MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Claimant Stephen Dufrene's amended motion to modify scheduling order, docket no. 63, with which other parties in this action have agreed, *see* Stipulation (docket no. 64), is GRANTED, and the Minute Order Setting Trial Date and Related Dates entered February 11, 2025, docket no. 55, is amended as follows (altered dates appear in red font):

| | |
|---|---|
| **BENCH TRIAL DATE (5 days)** | **November 3, 2025** |
| Deadline for joining parties and amending pleadings | March 10, 2025 |
| Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) | **June 13, 2025** |
| Discovery motions filing deadline | **June 25, 2025** |
| Discovery completion date | **July 31, 2025** |
| Dispositive motions filing deadline | August 14, 2025 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | August 21, 2025 |

AMENDED MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES - 1

| | |
|---|---|
| Agreed pretrial order[1] due | October 17, 2025 |
| Trial briefs[2] due | October 17, 2025 |
| Proposed findings of fact and conclusions of law and deposition testimony designations due | October 17, 2025 |
| Pretrial conference scheduled for | October 24, 2025 at 10:00 a.m. |

These dates are firm and may be changed only by order of the Court, and not by merely the agreement of counsel or the parties. All other dates are specified in the Local Civil Rules or Federal Rules of Civil Procedure. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not generally recognized as good cause.

    (2)    As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as follows. Notwithstanding LCR 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated – Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

    (3)    The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Laurie Cuaresma, who can be reached at 206-370-8521, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Claimant Stephen Dufrene's exhibits shall be numbered consecutively beginning with 1; the exhibits of Foss Offshore Wind Holdings, LLC and/or Foss Maritime Company, LLC (collectively, the "Foss Entities") shall be numbered consecutively beginning with the next multiple of 100 after Dufrene's last exhibit; the exhibits of Magazine Tug, LLC ("Magazine") and/or Tradewinds Towing, LLC ("Tradewinds) shall be numbered consecutively beginning with the next multiple of 100

---

[1] The agreed pretrial order shall be filed in CM/ECF and shall also be attached as a Word-compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

[2] The parties shall not submit motions in limine. Evidentiary issues that are not raised in motions relating to expert testimony should be addressed in the trial briefs.

AMENDED MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES - 2

after the Foss Entities' last exhibit. For example, if Dufrene's last exhibit is numbered 159, then the Foss Entities' exhibits shall begin with the number 200; if the Foss Entities' last exhibit number is 321, then Magazine's and/or Tradewinds' exhibits shall begin with the number 400.

(4) Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases. **If this case settles, counsel shall notify chambers at 206-370-8830 as soon as possible.**

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of March, 2025.

                                 Ravi Subramanian
                                 Clerk

                                 s/Laurie Cuaresma
                                 Deputy Clerk