1

2

3                    UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
4                           AT SEATTLE

5
    In re the M/V REBEKAH, Official          C24-0237 TSZ
6   No. 623866, and HER ENGINES,             (consolidated with C24-0246 JNW)
    MACHINERY, GEAR, TACKLE,
7   APPAREL, and APPURTENANCES               MINUTE ORDER

8         The following Minute Order is made by direction of the Court, the Honorable
    Thomas S. Zilly, United States District Judge:
9

10        (1)     On May 19, 2025, claimant Stephen Dufrene filed a motion, docket no. 66,
    to compel certain depositions or alternatively to extend certain deadlines.  On May 20,
11  2025, Dufrene filed a related proposed order, docket no. 67, which was incorrectly
    captioned and noted as a motion.  On May 27, 2025, Dufrene filed a document labeled an
12  "agreed motion," docket no. 69, that indicates the parties have agreed to specific dates for
    the depositions of Tradewinds Towing, LLC's corporate representative (June 19, 2025),
13  Nelson Esquibal (June 23, 2025), Captain Grady (June 23, 2025), and Captain Grosshans
    (June 23 or 24, 2025).  In light of the parties' agreement, Dufrene's motion to compel,
14  docket no. 66, and related proposed order, docket no. 67, are STRICKEN as moot.

15        (2)     In his "agreed motion," docket no. 69, Dufrene asked that certain deadlines
    be extended, but he made no representation and included no certification by counsel that
16  the opposing parties were consulted and consented to this request.  Nevertheless, given
    the parties' agreement concerning the deposition schedule outlined in Paragraph 1, the
17  Court will sua sponte adjust the following deadlines:

18        Disclosure of expert testimony pursuant to          July 14, 2025[1]
          Federal Rule of Civil Procedure 26(a)(2)
19
    ────────────────────────
20  [1] Dufrene proposed different disclosure deadlines for plaintiffs and defendants.  Dufrene is
    neither a plaintiff nor a defendant in this action, and all other entities are denominated as
21  plaintiffs.  Thus, Dufrene's different deadlines might cause confusion concerning which parties
    must comply.  The parties may agree among themselves on staggered deadlines, which may be
22  adjusted beyond the date set in this Minute Order, provided that all parties will have disclosed
    their experts on or before July 29, 2025.

23

MINUTE ORDER - 1

Discovery completion date                     September 18, 2025

Deadline for filing motions related to expert        October 2, 2025
testimony (*e.g.*, Daubert motions)

(3)    This matter remains set for a five-day bench trial to commence on November 3, 2025, and all dates and deadlines not inconsistent herewith that are set forth in the Amended Minute Order Setting Trial Date and Related Dates, docket no. 65, shall remain in full force and effect.  In addition, the Court designates this case for mediation pursuant to Local Civil Rule 39.1(c), and ORDERS as follows:

Deadline for selecting a mediator            June 30, 2025

Mediation deadline                           October 2, 2025

(4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of June, 2025.


Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2