UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re the M/V REBEKAH, Official No. 623866, and HER ENGINES, MACHINERY, GEAR, TACKLE, APPAREL, and APPURTENANCES | C24-0237 TSZ (consolidated with C24-0246 JNW)<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion to compel, docket no. 74, brought by Foss Offshore Wind Holdings, LLC and Foss Maritime Company, LLC (collectively, "Foss"), is GRANTED as follows. Stephen Dufrene shall submit to a functional capacity examination ("FCE") to be conducted by ISR Physical Therapy (1516 Rivers Oaks Road, Harahan, LA 70123) at a mutually convenient time within thirty (30) days of the date of this Minute Order and at Foss's sole expense, including any travel costs incurred by Dufrene. The parties may agree to an alternative facility for conducting the FCE, but Foss shall remain responsible for reimbursing Dufrene for any travel costs, including mileage at the government rate.

(2) Foss is DIRECTED to file, **under seal**, as soon as possible, a copy of the report prepared following the independent medication examination ("IME") conducted on August 22, 2025, by Chad Michael Domangue, M.D.

(3) The Clerk is DIRECTED to seal the exhibits to Dufrene's status report, docket nos. 72-1 and 72-2, because they contain personal data identifiers. Counsel are REMINDED about their obligation to redact personal data identifiers from documents filed with the Court. *See* Local Civil Rule 5.2(a). The materials described in this Paragraph 3 were available for public view for a sufficient time that they have likely been uploaded by private websites unrelated to and outside the control of the Court, and they might now be available to the public for free or for a fee. Dufrene's attorney shall immediately notify Dufrene about this issue and encourage him to take appropriate steps to protect himself from identity theft.

MINUTE ORDER - 1

(4)     Counsel are ADVISED that the Court has a scheduling conflict with the pretrial conference currently set for October 24, 2025, at 10:00 a.m.  The Court will conduct a virtual scheduling conference via ZoomGov.com on **September 16, 2025, at 10:00 a.m. (Seattle time)**, to discuss Dufrene's current medical condition, the status of discovery, and whether the trial (as well as the pretrial conference) should be continued.  Counsel will be provided the ZoomGov link via email.

(5)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of September, 2025.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2