1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re the M/V REBEKAH, Official No. 623866, and HER ENGINES, MACHINERY, GEAR, TACKLE, APPAREL, and APPURTENANCES | C24-0237 TSZ (consolidated with C24-0246 JNW) MINUTE ORDER |
| --- | --- |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Having reviewed the parties' Joint Status Report, docket no. 108, the Court ORDERS as follows:

(a)    The deadline for Tradewinds Towing, LLC ("Tradewinds") and Stephen Dufrene to file briefs in response to the Minute Order entered September 23, 2025, docket no. 107, remains **September 29, 2025**.  In addition to showing cause why the Court should not conclude, as a matter of law, that Tradewinds was not, at the time of Dufrene's injury, an "owner" of the M/V REBEKAH within the meaning of 46 U.S.C. § 30501, and therefore not entitled to limit its liability under 46 U.S.C. § 30523, the parties shall show cause why Dufrene's claim against Tradewinds relating to the alleged unseaworthiness of the REBEKAH's tow winch should not be dismissed because Tradewinds was not an "owner" of the vessel.

(b)    A hearing remains set for **October 2, 2025, at 10:00 a.m.**  If the parties reach a settlement in principle during the mediation scheduled for October 1, 2025, then the attorneys shall be prepared to put the terms of such settlement on the record during the hearing on October 2, 2025, so that the Court may enter an order of dismissal, which would close the case but provide the parties a certain period of time during which they could move to reopen the matter in the event that the settlement is not perfected.  If no resolution is reached on October 1, 2025, then counsel shall be prepared to address the issues outlined in

MINUTE ORDER - 1

1    Paragraph 1(a), above, as well as the merits of Dufrene's pending motion for
2    summary judgment, docket no. 77.  After hearing oral argument, the Court will
     conduct another scheduling conference to determine whether the trial should
3    remain set for November 3, 2025.

4           (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
     record.

5           Dated this 25th day of September, 2025.

6                                              Ravi Subramanian
                                               Clerk

7                                              s/Laurie Cuaresma
8                                              Deputy Clerk

MINUTE ORDER - 2